UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANISSA LYNNET JONES,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | Case No: 1:16-cv-08938<br><br>Honorable Judge Rebecca R. Pallmeyer |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ANISSA LYNNET JONES, and the Defendant, COMENITY BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, against COMENITY BANK, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: April 17, 2017                                                    Respectfully Submitted,

**ANISSA LYNNET JONES**                              **COMENITY BANK**

/s/ Nathan C. Volheim                                         /s/ Mitha V. Rao (*with consent*)
Nathan C. Volheim                                               Anna-Katrina S. Christakis
*Counsel for Plaintiff*                                            Mitha V. Rao
Sulaiman Law Group, LTD                                 *Counsel for Defendant*
900 Jorie Boulevard, Suite 150                          Pilgrim Christakis LLP
Oak Brook, Illinois 60523                                   321 North Clark Street, 26th Floor
Phone: (630) 575-8181                                       Chicago, IL 60654
Fax :( 630) 575-8188                                          Phone: (312) 924-1773
nvolheim@sulaimanlaw.com                           kchristakis@pilgrimchristakis.com
                                                                              mrao@pilgrimchristakis.com