# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Anissa Lynnet Jones

       Plaintiff,

v.                Case No.: 1:16−cv−08938

                  Honorable Rebecca R. Pallmeyer

Comenity Bank

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2017:

   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Agreed Stipulation, the above cause is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.